**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2057**

---

HOMER ANDERSON,

                                                        Petitioner,

        versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR;
CLINCHFIELD COAL COMPANY,

                                              Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(97-1448-BLA)

---

Submitted:  February 16, 1999        Decided:  March 4, 1999

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Homer Anderson, Petitioner Pro Se.  Dorothy L. Page, Christian P. Barber, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C.; Timothy Ward Gresham, PENN, STUART & ESKRIDGE, Abingdon, Virginia, for Respondents.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Homer Anderson seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1998).  Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error.  Accordingly, we affirm on the reasoning of the Board.  See Anderson v. DOWCP, BRB No. 97-1448-BLA, (B.R.B. June 19, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED